THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORDAN K. RUEMLER, | Case No. 04-5606 JKA |
| Plaintiff, | ORDER EXTENDING LAST DATE TO FILE MOTIONS RELATED TO DISCOVERY |
| v. | |
| WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, a Utah corporation; and BARBARA J. HAMMILL, | |
| Defendants. | |

This matter came before the court on Plaintiff's Unopposed Motion to Extend Last Date to File Motions Related to Discovery. The court, having reviewed the submissions of the parties, heard the arguments of counsel, and being fully advised in the premises herein, does hereby ORDER that Plaintiff's Unopposed Motion to Extend Last Date to File Motions Related to Discovery is GRANTED. The current case Scheduling Order shall be amended to reflect that the last date to file motions related to discovery shall be Friday, August 26, 2005.

DATED this 22nd day of August, 2005.

 /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented By:

_____
T. Chad Plaster, WSBA #27386
RAMIS CREW CORRIGAN, LLP

Page 1 – ORDER EXTENDING
    LAST DATE TO FILE MOTIONS RELATED TO DISCOVERY