THE HONORABLE J. KELLEY ARNOLD

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

JORDAN K. RUEMLER, ) Case No. 04-5606 JKA
)
9              Plaintiff, ) ORDER EXTENDING LAST DATE
) TO FILE MOTIONS RELATED TO
10    v. ) DISCOVERY AND DATE FOR
) COMPLETION OF DISCOVERY
11 WELLS FARGO BANK NORTHWEST, )
NATIONAL ASSOCIATION,  a Utah )
12 corporation; and BARBARA J. HAMMILL, )
)
13              Defendants. )

14        This matter came before the court on Plaintiff's Unopposed Motion to Extend Last Date to

15 File Motions Related to Discovery and Date for Completion of Discovery.  The court, having

16 reviewed the submissions of the parties, heard the arguments of counsel, and being fully advised in

17 the premises herein, does hereby ORDER that  Plaintiff's Unopposed Motion to Extend Last Date

18 to File Motions Related to Discovery and Date for Completion of Discovery is GRANTED.  The

19 current case Scheduling Order shall be amended to reflect that the last date to file motions related to

20 discovery shall be Friday, September 16, 2005 and the date for completion of discovery shall be

21 Friday, September 23, 2005.

22        DATED this 6th  day of September, 2005.

23                        ___/s/ J. Kelley Arnold_____
                        UNITED STATES DISTRICT JUDGE

24 Presented By:

25 /s/ T. Chad Plaster
T. Chad Plaster, WSBA #27386
26 RAMIS CREW CORRIGAN, LLP

Page 1 –[PROPOSED] ORDER EXTENDING
       LAST DATE TO FILE MOTIONS RELATED TO DISCOVERY
       AND DATE FOR COMPLETION OF DISCOVERY

RAMIS CREW CORRIGAN, LLP
1727 N.W. Hoyt Street
Portland, Oregon 97209
(503) 222-4402
Fax: (503) 243-2944