THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORDAN K. RUEMLER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK NORTHWEST,<br>NATIONAL ASSOCIATION, a Utah<br>corporation; and BARBARA J. HAMMILL,<br><br>　　　　　　　　Defendants. | No. C04-5606 JKA<br><br>**STIPULATION AND ORDER FOR<br>AMENDED CASE SCHEDULE** |

## STIPULATION

COME NOW plaintiff Jordan K. Ruemler, by and through counsel Ramis Crew Corrigan & Bachrach LLP, and defendants Wells Fargo Bank Northwest and Barbara J. Hammill, by and through counsel Lane Powell PC, and hereby agree and stipulate as follows:

1.　Nancy W. Anderson, counsel for Defendants, has had a family emergency arise, requiring her immediate presence in Houston, Texas. Ms. Anderson expects she will be required to remain in Houston for a minimum of one week. She further anticipates she will then need to travel to Memphis, Tennessee, in order to arrange for and attend a family funeral. She expects she will be required to remain in Memphis for a minimum of one additional week, to allow relatives to travel to the funeral from Germany.

STIPULATION AND ORDER FOR AMENDED CASE
SCHEDULE - 1
Case No. C04-5606 JKA
105727.0764/1240555.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000

2. Defendants did not oppose Plaintiff's two prior motions with the Court, requesting extensions of the discovery cutoff and discovery motion deadline.

3. The existing deadlines for dispositive motions and settlement conference completion are imminent. The parties agree that good cause exists to extend such deadlines, while leaving subsequent deadlines unchanged. Accordingly, the parties agree to the amended case schedule as follows:

## CASE SCHEDULE

| EVENT | DEADLINE |
|---|---|
| Last Date to File Dispositive Motions | November 9, 2005 (*formerly October 19, 2005*) |
| Last Date to Complete Settlement Conference per Local Rule CR 39.1(c)(2) | November 9, 2005 (*formerly October 19, 2005*) |
| Last Date to Complete Mediation per Local Rule CR 39.1(c) | November 18, 2005 (*unchanged*) |
| Plaintiff's Pretrial Statement (Local Rule CR 16(h)) | November 18, 2005 (*unchanged*) |
| Defendant's Pretrial Statement (Local Rule CR 16(I)) | November 28, 2005 (*unchanged*) |
| Conference of Attorneys (Local Rule CR 16(k)) | December 8, 2005 (*unchanged*) |
| Pretrial Order Lodging Date (Local Rules CR 16(I) & 16.1) | December 18, 2005 (*unchanged*) |
| Deadline to file Motions In Limine | December 18, 2005 (*unchanged*) |
| Deadline to file Objections to Motions In Limine | January 1, 2006 (*unchanged*) |
| Proposed Joint Jury Instructions and Voir Dire (Local Rule CR 51); or Proposed Findings of Fact and Conclusions of Law (whichever applies); and Trial Briefs | January 3, 2006 (*unchanged*) |
| Last Date to Complete Pretrial Conference | January 7, 2006 (*unchanged*) |

STIPULATION AND ORDER FOR AMENDED CASE
SCHEDULE - 2
Case No. C04-5606 JKA
105727.0764/1240555.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

TRIAL DATE (length of trial: 3 days)                January 17, 2006
*(unchanged)*

DATED this 12th day of October, 2005.

| LANE POWELL PC | RAMIS CREW CORRIGAN & BACHRACH, LLP |
|---|---|
| By_____<br>   Nancy W. Anderson, WSBA No. 23031<br>   Karin E. Valaas, WSBA No. 33195<br>Attorneys for Defendants | By_____<br>   T. Chad Plaster<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

EXECUTED this 13th day of October, 2005.

                 */s/ J. Kelley Arnold*_____
                 THE HONORABLE J. KELLEY ARNOLD
                 UNITED STATES MAGISTRATE JUDGE

Presented by:

LANE POWELL PC

By_____
   Nancy W. Anderson, WSBA No. 23031
   Karin E. Valaas, WSBA No. 33195
Attorneys for Defendants
Wells Fargo Bank NA and Barbara J. Hammill

STIPULATION AND ORDER FOR AMENDED CASE
SCHEDULE - 3
Case No. C04-5606 JKA
105727.0764/1240555.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

1  Copy Received; Approved as to form;
   Notice of presentation waived.
2
   RAMIS CREW CORRIGAN & BACHRACH, LLP
3

4
   By_____
5      T. Chad Plaster
   Attorneys for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR AMENDED CASE
SCHEDULE - 4
Case No. C04-5606 JKA
105727.0764/1240555.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000