THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORDAN K. RUEMLER, | Case No. 04-5606 JKA |
| Plaintiff, | ORDER EXTENDING NOTING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S DEADLINE TO FILE OPPOSITION MATERIALS |
| v. | |
| WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, a Utah corporation; and BARBARA J. HAMMILL, | |
| Defendants. | |

This matter came before the court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment.  The court, having reviewed the submissions of the parties, heard the arguments of counsel, and being fully advised in the premises herein, does hereby ORDER that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment is GRANTED.  The noting date for Defendants' Motion for Summary Judgment shall be calendared for Friday, December 9, 2005.  Plaintiff's opposition materials shall be filed on or before Friday, December 2, 2005.

DATED this 30th day of November, 2005.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented By:

_____
T. Chad Plaster, WSBA #27386
RAMIS CREW CORRIGAN, LLP

Page 1 – ORDER EXTENDING NOTING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S DEADLINE TO FILE OPPOSITION MATERIALS

RAMIS CREW CORRIGAN, LLP
1727 N.W. Hoyt Street
Portland, Oregon 97209
(503) 222-4402
Fax: (503) 243-2944